```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANK POLITI,                                                       JUDGMENT
                                                                    03-CV-2112 (SJF)
                        Plaintiff,

        -against-

THE CITY OF NEW YORK,

                        Defendant.
---------------------------------------------------------------X
```

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. DEC 19 2005 TIME A.M. ___ P.M. ___

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having filed on December 12, 2005, granting defendant's motion to dismiss; and denying plaintiff's motion for leave to amend; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted; and that plaintiff's motion for leave to amend is denied.

Dated: Brooklyn, New York
       December 12, 2005

                                                            /s/
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court